1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No.  2:14-cv-02817-CBM (Ex) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| $24,330.00 IN UNITED STATES CURRENCY | |
| Defendant. | |
| KENNETH WILSON AND RAY BROWN, | |
| Claimants. | |

Consistent with the Court's order filed on March 16, 2015 (Dkt. No. 31), Judgment is hereby entered in favor of Plaintiff against the interests of Claimants Kenneth Wilson and Ray Brown.

**IT IS SO ORDERED.**

DATE:  March 19, 2015

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE